Paul H. Samuels, Esq. (S.B. 78011)
**LAW OFFICE OF PAUL H. SAMUELS**
785 S. Ridgeview Road
Anaheim, California 92807
(310)729-3706
paul@phsamuels.com

Steven D. Davis, Esq. (SBN 89310)
Ronald J. Seeley, Esq., Senior Counsel (SBN 78090)
**STEVEN D. DAVIS LAW GROUP, APC**
9696 Culver Blvd., Suite 104
Culver City, California 90232-2700
Telephone: (310) 394-9887
Facsimile: (310) 395-4023
rseeleylaw@aol.com

Attorneys for Plaintiff and Counterdefendant Tony Pan

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, ORANGE COUNTY

| | |
|---|---|
| TONY PAN, an individual, | CASE NO. 8:15-cv-01528-JVS-KES |
| Plaintiff, | [Assigned to Hon. James V. Selna] |
| vs. | **JUDGMENT** |
| TOM MING CHOU (aka TOM CHOU), an individual, | |
| Defendant. | Trial: July 24, 2018 |
| TOM MING CHOU (aka TOM CHOU), an individual, | Courtroom: 10C |
| Counterclaimant, | |
| V. | |
| TONY PAN, an individual, | |
| Counterdefendant. | |

This case was tried to the Court over approximately eight days starting on July 24, 2018 and concluding on August 29, 2018. The Court received testimony by way of declaration. The witnesses were then cross-examined and taken on redirect and

1

**JUDGMENT**

recross. The Court also received the Stipulations of the parties. Having considered the evidence submitted by both sides, having heard oral argument, and having issued its findings of fact and conclusions of law on the record in open court, the Court now ORDERS, ADJUDGES AND DECREES:

1. Plaintiff and counterdefendant Tony Pan shall take nothing by way of his First Amended Complaint;
2. Defendant and Counterclaimant Tom Chou a/k/a Tom Ming Chou shall take nothing by way of his counterclaim;
3. Neither party is the prevailing party in this action and each side shall bear its own costs.

Dated: September 14, 2018

_____
HON. JAMES V. SELNA
United States District Court Judge

Submitted by:

Dated September __, 2018

**LAW OFFICE OF PAUL H. SAMUELS
AND
STEVEN D. DAVIS LAW GROUP, APC**

By:_____
Paul H. Samuels
Attorneys for Plaintiff and
Counterdefendant Tony Pan

Approved as to form:

Dated: September __, 2018

**GORDON & REES SCULLY MANSUKHANI**

By:_____
Philip Lo, Esq.
Attorneys for Defendant and
Counterclaimant Tom Chu

2

JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018 all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF filing system and I have caused service to be made via e-mail with defendant's counsel's consent as follows:

**plo@gordonrees.com**
cbarker@grsm.com

                                                <u>/s/ Paul H. Samuels</u>
                                                Paul H. Samuels

3

**JUDGMENT**